No. 72–345. RAO v. BOARD OF COUNTY COMMISSIONERS (PIERCE COUNTY) ET AL. Sup. Ct. Wash. Motion to dispense with printing petition granted. Certiorari denied.